# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASH CASE, | |
|       Plaintiff, | CV 18-8468 DSF (ASx) |
| | |
|       v. | JUDGMENT |
| | |
| SOCIAL SECURITY | |
| DEPARTMENT, | |
|       Defendant. | |

    The Court having granted a motion to dismiss under Rule 12(b)(1) and Rule 12(b)(6), and Plaintiff having failed to amend his state court form pleading to comport to federal requirements,

    IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that the action be dismissed without prejudice.

Date:  February 6, 2019

Dale S. Fischer
United States District Judge